FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
Fayetteville DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
**FILED**
05/08/2018

Robert W Avery
(Enter above the full name of the Plaintiff in this action.)

Prisoner ID No. 652373
(Do Not Put Your Social Security Number)

V.  CASE NO. 18-5075 PKH/ELW

Turn key medical (John & Jane (Doe)s)
Trinity food Service (John & Jane Doe(s))
Sheriff Holloway - Jail Commander (John & Jane Doe(s))
Lt. Holt
(Enter above the full name of the Defendant, or Defendants, in this action.)

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes _____  No  X

   B. If your answer to A is yes, describe each lawsuit in the space below including the <u>exact Plaintiff name or alias used</u>. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this lawsuit

      Plaintiffs: NONE

      Defendants: NONE

      2. Court (if federal court, name the district; if state, name the county):
      NONE

      3. Docket number: NONE

      4. Name of judge to whom case was assigned: NONE

      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) NONE

      6. Approximate date of filing lawsuit: NONE

      7. Approximate date of disposition: NONE

(Revised 12/2016)

-1-

II. Place of Present Confinement: 1300 S.W. 14TH St Bentonville, AR. 72712

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. Failure to complete the grievance procedure may affect your case in federal court.

　A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

　　Yes  X　　　No ___

　B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT. If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

　C. If your answer is NO, explain why not: Contained on Kiosk

IV. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

　A. Your Full Name: Robert William Avery
　　Address: 1300 SW. 14TH St
　　Bentonville, AR. 72712

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Do Not List Witnesses.

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

　B. Read carefully and fill out all information sought.

　　1. Defendant #1.
　　　Full Name: Turn Key Medical
　　　Position: Medical Provider
　　　Place of Employment: BCDC
　　　Address: 1300 SW 14TH St
　　　Bentonville, AR. 72712

-2-

2. Defendant #2.
Full Name: Trinity Food Service
Position: Food Service
Place of Employment: BCDC
Address: Same as above

3. Defendant #3.
Full Name: Sheriff Holloway
Position: Sheriff
Place of Employment: Same as above
Address:

4. Defendant #4.
Full Name: Capt Guyll + Lt. Holt
Position: Jail Commander + Lt
Place of Employment:
Address: Same as above

If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.

V. At the time of the alleged incident(s), were you:
(check the appropriate blank)

____ in jail and still awaiting trial on pending criminal charges
____ serving a sentence as a result of a judgment of conviction
✓ in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain: Parole Violation

Please provide the date of your conviction or probation or parole revocation:
3-13-18

-3-

## VI. Statement of Claim

State every ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the facts of your claim.

With respect to each claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

Claim Number # 1:

Type of Claim (for example, excessive force, denial of medical care, etc.):

Contained on separate paper

Date of the Occurrence: _____

Name of Each Defendant involved: _____

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it.

_____

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

__X__ both official and personal capacity

-4-

# Complaint #1

The medical provider "Turn Key Medical" unknown Doctor & John & Jane Doe(s) have shown Deliberate Indifference to a known and documented medical issue and condition. Sheriff Holloway & Jail Commander have given their approval.

Deliberate indifference has been shown toward my vericose veins and nerve damage in my right leg.

During a medical consultation on or about 3-23-2018 my medical history, issues etc were taken and documented

During this, medical was made aware of the Blood Clots, Vericose Veins, an Absessed Tooth, as well as my chronic care through A.D.C. Medical.

I have not seen a Doctor for my Absessed Tooth or vericose veins "Turn Key Medical" has allowed undue suffering.

Due to a failure to hire, or provide a Dentist I have suffered pain, an infection that has moved into my sinus area.

①

My vericose veins, Blood Clots, and Nerve Damage has been left un-treated leaving me to suffer pain, swelling, mental anguish and emotional trauma due to a failure to treat or provide support hose, Ted hose.

Because of the Health Care providers deliberate indifference I have suffered needlessly.

I am documented as to having PTSD, Bi-polar personality disorder, Hyper-anxiety.
   So the actions/inaction of the Health Care Provider compound and frustrate these issues needlessly

I am forced to sit or walk from 5am until 2pm and 5pm until 8pm each day without Ted Hose or Support Hose this causes blood to pool into my legs causing swelling, clots, pain. Medical refuses to give needed treatment, BCDC policy will not allow me to lie down, go to my cell etc,

(2)

#1 Continued

"Turn Key Medical" has failed to respond to or treat known medical conditions which have been been brought to the attention of medical staff since 3-22-18 approx. On 4-26-2018 I was finally given a set of Ted Hose approximately 45 days passed in which I suffered needlessly because a nurse on or about 3-22-18 chose not to give me Ted Hose alledging the unknown doctor any BCDC staff had discontinued the use of these Hose. I was also given 24 hr of bedrest, after 40 plus days of suffering.

# Complaint # 2

Smart Jail Mail.Com and Sheriff Holloway, Jail Commander, unknown prosecuting Attorney.

Have denied me due process before taking personal property which were e-mails and photo's

On or about April 2018 an account through SmartMail.Com was suspended, or removed for an alledged Rule violation etc, per unknown Prosecutor.

My messages, E-mails, which have been paid for are, and became my personal property as well as my paid for photo's have been taken and removed without due process.

These E-mails are protected by my 1st Amendment Rights.

My Right to due process before having property taken etc is protected by the 14th Amendment.

(4)

Complaint 2 Continued

Smart Jail Mail has also diverted, held, or prolonged the delivery of U.S. Postal Mail.

No due process, custom, practice, policy, or procedure is in place to contest the refusal of, denial of, mail photo's etc.

Due process rights are non-existant through this company.

I have had my personal property taken without due process, U.S. postal mail has taken 12-14 days to be posted after post marked, no due process exists through which challenges may be made to denials of U.S. postal mail or E-mails - Photo's.

I have suffered mental anguish, emotional trauma, and a loss of personal property.

Complaint #3

The food service provider (Trinity Foods) has served me a diet formulated for a normal 180 lb man.

Each tray is the same no matter the body type or size of person, female & males are served the same.

There is no Dietician employed

My vegatarian trays do not have fresh fruits or vegatables.

Trustee's have played with my food and have served small portions in retaliation for my grievances against them. Once I was served a "Rubber Bean Patty Smiley face"

I've lost over 30 pounds in less than a month. 290 - on 3-12-18  275 on 3-23-18  260 on or about 4-4-18?

I've suffered hunger pains, mental anguish and emotional trauma.

6

#3 Continued

I AM A 7TH DAY Adventist Vegatarian
I Receive No Extra Vegatables,
No other Source of Protein other
Than ("Homemade Bean Pattys")
or Beans & Rice Break-fast,
Lunch - Dinner. Milk is Served Rarely,
Peanut Butter Also is Rarely Served.

My Protein intake is Being Effected
by Budget and A Deturent To others
Seeking To be Vegatarian for Peanut Butter.

I Am being Subject To Substandard food
As A Deturent To other inmates and
As Retaliation for my "Jail House Lawyer"
And Grievance Action.

I Have suffered Hunger pains, Mental
Anguish Emotional Trauma and Retaliation
By The Defendants in Regards To my
Vegatarian Diet Tray.

Trinity food Service employees Have
Failed To Supervise Trustee kitchen
Workers.

(3)

# 3

Trinity Employees Have Retaliated Against me for my Grievances Against Them. This Retaliation Has Come in The form of A Cut in portion/Portion Size, Caloric Content And items Served.

My food Has been Messed With And Manipulated To The Point in which it is vertually unpalatable + upsetting The Stomach.

My food Has become Repulsive, Hairs in food, Bland Tasteless, Watery, Without Substance.

Trinity is Treating Vegans and Vegatarians Biasly and Discriminatoraly in The Fresh food sale To Detainees No Vegan, Vegatarian or Kosher meal Deals Are being offered

(8)

Complaint #4

The BCDC Command Staff of Sheriff Holloway Jail Commander Guyll, John & Jane Doe(s) have implemented custom practice, policy, or procedure that have infringed upon my 14th Amend Right to Marry, my right to receive my U.S. Postal Mail, my right to receive Books, Bibles, Magazines, or Lawbooks, protected by the 1st, 7th, 14th Amendments.

Policy at the BCDC forbids family, friends, retailers or publishers from sending me Books, Magazines, or Legal Books materials, or Bibles.

I cannot marry because BCDC will not transport detainees to the Courthouse for obtaining a marriage license.

BCDC does not deliver the U.S. Postal Mail sent from anyone other than Legal Material.
All other mail is sent through the Smart Jail Mail Company



There is no due process or ability to contest any mail that has been refused. No notice is given, as to returned mail.

I have been retaliated against for exercising my sincerly held 7th Day Adventist vegatarian lifestyle.

I have been served rice & beans break-fast, lunch, and dinner, my portions have been small w/out compensation for my height, weight or protein deficiency. This was further retaliation.

I've lost weight & suffered hunger pains, mental anguish and emotional trauma.

Each day at either 12pm 1pm 2pm I am locked into my cell and told to go to sleep, this interferes with my sleep cycle of 8pm to 5am. Also the lights are turned off exept for the dim security light thus making reading painful for old eyes. Writing is also an imposible and painful task.

#4 Cont.

This period of Lock-down with all of the lights off except for the security night light has caused my sleep cycle to be effected. At 5am I've been asleep maybe 3 hours because I was forced to sleep from noon until 5pm

This also messes with my Bi-polar personality disorder, PTSD, Anxiety and intermitant explosive disorder

This causes physical pain, mental anguish, emotional trauma

Lt. Holt has chosen to have sections removed out of the newspaper denying me my right to receive ideas, opinion, entertainment.

Lt. Holt also without due process shut down discontinued, or otherwise interfered with personal property without due process my E-mails and photo's have been erased or removed from the smart jail mail system without due process as punishment

(11)

#4 Cont.

The Ventilation Ducts are filthy Blowing out Stale Stinking Air. The T.B. filter is Dirty And Not Functioning.

The Air Ducts are full of Dirty, Moldy Particles That I am Breathing in Daily.

The T.B. filter Has Not Been Functioning or Cleaned Since At Least 03/12/18

On 4/27/18 My federal Mail was Opened And The Envelope Addressed To The Court Which is Returned by The Clerk was Removed.

## Conclusion

John and Jane Doe(s) employee's of Smart Jail Mail.com, The food service provider (Trinity) The medical provider (Turn key medical) Have Conspired, with or, Acted with Sheriff Holloway and The Jail Commander, & unknown Prosecutor, Have Created, Practice, Policy, or Procedure Allowing for my 1st 8th and 14th Amendment Rights To be violated.

I Bring This Complaint in Both official and Individual Capacity for all Defendants.

I make a Jury Trial demand and seek Injunctive Relief for my Dental issue my Diet Tray And All Just and Proper Relief Deem Appropriate by This Honorable Court.

I ask for both Compensatory and punitive Damages.

Respectfully

Robert W. Avery

If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

No Due process for mail using, Smart Jail Mail, Having No Dentist, Feeding only Beans + Rice, Refusal to give Bed Rest, Etc. Open Retaliation, Denial of Personal Property w/out Due Process

If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.

VII. Relief

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

X Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

X Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.

Issue an Injuction Granting my Use of The Smart Jail mail E-mail System, Issue an Injunction Prohibiting the Use of Beans + Rice as a Means of Retaliation Clean Ventilation + T.B. filters, obtain Dentist

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this 30th day of April 2018.

Robert W. Avery
**Printed Name of Plaintiff**

Robert W. Avery
**Signature of Plaintiff**

Robert Hubry
1300 SW 14th St
Bentonville, AR 72712

U.S. District Court
Clerks Office
35 E. Mountain Street Ste 510
Fayetteville, AR 72701

RECEIVED
WD/AR
MAY 04 2018