AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT

for the

WESTERN District of ARKANSAS

US DISTRICT COURT
WESTERN DIST ARKANSAS
**FILED**
05/08/2018

Robert W. Avery
Plaintiff/Petitioner

v.

Turn Key Medical Etal
Defendant/Respondent

Civil Action No. 18-5075

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Short Form)

I am ~~a plaintiff or petitioner~~ in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: Benton County Jail. If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ 0, and my take-home pay or wages are: $ 0 per *(specify pay period)* —.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: Ø

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

NONE

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Ø

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

KLR

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Ø

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 4-30-2018

Robert Avery
*Applicant's signature*

ROBERT AVERY
*Printed name*

Attn: Lt Holt

**CERTIFICATE OF INMATE ACCOUNT AND ASSETS**

(To be Completed by the Institution of Incarceration)

I certify that the applicant, Robert Avery, has the sum of $ 0 in his/her prisoner account at the institution where he/she is confined. I further certify that the applicant likewise has the following securities to his/her credit according to the records of this institution: n/a

I further certify that in the applicant's prisoner account: (a) The average monthly deposit was $ 0; and (b) The average balance for the last six months was $ 0. Based on the above prisoner account information, I calculate that 20 percent of the greater of (a) or (b) above is $ 0.

Signed this 1st day of May, 20 18.

RHolt
Authorized Officer of Institution

Benton County Detention Ctr.
Name of Institution

Return to: Robert Avery D-153-157

Thank you


Robert Avery
1300 SW 14th St
Bentonville, AR. 72712
RECEIVED
WD/AR
MAY 04 2018
U.S. District Court
Clerks Office
35 E. Mountain Street Ste 510
Fayetteville, AR. 72701
neopost
05/02/2018
US POSTAGE