FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_Fayetteville_ DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 13 2018

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

Robert W. Avery
(Enter above the full name of the Plaintiff in this action.)

Prisoner ID No. 652373
(Do Not Put Your Social Security Number)

V.                              CASE NO. 18-5075

Turn Key Medical, John & Jane Doe(s) Sheriff Holloway, Capt Guyll, Lt. Holt John & Jane Doe(s), BCDC Detention Deputies(s) Trinity Food Service, Smart Jail Mail.com John & Jane Doe(s) Keefe Commissary, John & Jane Doe(s)
(Enter above the full name of the Defendant, or Defendants, in this action.)

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No  X

B. If your answer to A is yes, describe each lawsuit in the space below including the exact Plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this lawsuit

Plaintiffs: NONE

Defendants: NONE

2. Court (if federal court, name the district; if state, name the county):
N/A

3. Docket number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

(Revised12/2016)

-1-

II. Place of Present Confinement: BCDC 1300 SW 14TH St, Bentonville, AR. 72712

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. **Failure to complete the grievance procedure may affect your case in federal court.**

   A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

   Yes X    No ___

   B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

   C. If your answer is NO, explain why not: Grievances on BCDC kiosk

IV. Parties

   (In item A below, place your name in the first blank and place your present address in the second blank.)

   A. Your Full Name: Robert W. Avery
      Address: 1300 SW 14TH St
      Bentonville, AR. 72712

   (In Item B below, place the **full** name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

   Do Not List Witnesses.

   You may not name the jail as a Defendant. The jail is a building and cannot be sued.

   B. Read carefully and fill out all information sought.

   **1. Defendant #1.**
   Full Name: Turn Key Medical
   Position: Medical Provider(s)
   Place of Employment: BCDC
   Address: 1300 SW 14TH St
   Bentonville, AR. 72712

-2-

Defendants Continued

#5 Trinity Food Service John & Jane Doe(s)
Food Service Provider
BCDC
1300 SW 14th St Bentonville AR. 72712


#6 Keefe Commissary John & Jane Doe(s)
Commissary Supply
BCDC
1300 SW 14th St Bentonville, AR. 72712

2. Defendant #2.

Full Name: Sheriff Holloway, Capt Guyll, Lt Holt,
Position: Command Staff
Place of Employment: BCDC
Address: 1300 SW 14TH St
Bentonville AR. 72712

3. Defendant #3.

Full Name: John & Jane Doe(s)
Position: BCDC Deputies etc
Place of Employment: BCDC
Address: 1300 SW 14TH St
Bentonville, AR. 72712

4. Defendant #4.

Full Name: Smart Jail Mail. Com John & Jane Doe(s)
Position: Mail Service
Place of Employment: BCDC
Address: 3589-3 N. Shiloh Dr #293
Fayetteville, AR 72703

If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.

V.  At the time of the alleged incident(s), were you:
(check the appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges
_____ serving a sentence as a result of a judgment of conviction
✓ in jail for other reasons (e.g., alleged probation violation, etc.)

Explain: Probate Violation

Please provide the date of your conviction or probation or parole revocation:
3/13/18

-3-

## VI. Statement of Claim

State every ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the facts of your claim.

With respect to each claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

Claim Number # 1:

Type of Claim (for example, excessive force, denial of medical care, etc.):

Denial of Dental and Medical Care

Date of the Occurrence: 3-23-2018 - PRESENT

Name of Each Defendant involved: JOHN & JANE Doe(s) of Turn key medical

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it.

Turn key medical has failed to Provide Dental Care to me for an abssessed tooth failed to Provide Medical Compression socks, Ted Hose for veri cose veins

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

_____  official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____  personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

__X__  both official and personal capacity

-4-

Claim #1 Continued (A)

On 3/23/18 a medical consultation was given at which time I was informed there was no Dentist to see about my Absessed Tooth.

During this consultation I was told that Medical no longer prescribed Ted Hose per new policy.

I require Ted Hose because of Vericose Veins + Pooling Blood into my Legs
On 4/26/18 I was given Ted Hose that were to small, because per new policy with Jail and DR. Ted Hose, Compression Socks would not be prescribed

Per Custom, Policy I have neither Ted Hose or Bed Rest which would limit the pooling of Blood into my Legs
Partial Bed Rest would have Relieved Pain and pressure associated with Vericose Veins and The Pooling of Blood into my Legs

Claim #1 Continued (B)

Had I been afforded access to a dentist my dental issue would have been treated with more than antibiotics leaving me in pain waiting for a dentist to be hired.

Being forced to walk or stand all day each day causes blood to pool into my leg and cause undue pain & suffering

If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Have a budget constraint prohibiting the Hiring of a Dentist, Custom of denying Bed Rest, Policy of not giving TED Hose Compression Socks Tacit Approval Has Been Given by Holloway & Guyll. Continued.

Claim Number # 2:

Type of Claim (for example, excessive force, denial of medical care, etc.):

Denial of U.S. Mail, E-Mails, Photo's, Denial of Due Process.

Date of the Occurrence: April 2018 - Present

Name of Each Defendant involved: Smart Jail Mail. Com Sheriff Holloway, Guyll, Lt Holt

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #2 and any harm caused by it.

Failed To instill Due Process into The Smart Jail Mail. Com System Have Had Personal Property Taken Without Due Process, Have Had Complete Ban placed upon My U.S. Mail.

With regard to Claim #2, are you suing Defendant(s) in his or her: (check the appropriate blank)

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

✓ both official and personal capacity

-5-

If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Denial of access to Personal Property, Withholding U.S. Postal Mail for excessive Periods of Time Holding Personal funds/Credits

Claim Number #3:

Type of Claim (for example, excessive force, denial of medical care, etc.):

Retaliation, Poor Nutrition, No Dietician Vegetarian/Vegan Diet unable to sustain Muscle Mass

Date of the Occurrence: April 2018 – Present

Name of Each Defendant involved: Trinity Food Service John & Jane Doe(s)

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #3 and any harm caused by it.

Allowed Trustee's to Play with my food Creating un edible meals, Giving Small Portions in Retaliation for my Grievances I Lost 30 pounds in Less than a month 290 – on 3/13/18 3-12-18 - 275 260 – 4-4-18 Continued

With regard to Claim #3, are you suing Defendant(s) in his or her: (check the appropriate blank)

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

__X__ both official and personal capacity

-6-

## Claim #3 Continued (A)

All trays are the same mens, womens etc 110 - 250 lb it doesn't matter.

My vegetarian/vegan diet tray has been used as a means by/through which the kitchen can retaliate for me filing grievances.

I have been served "Rubber bean patty Smiley faces" "Cold bean sandwiches" and small portions as retaliation.

I've not been served fresh fruit or vegetables as Diet/Religion dictates

Inmates act as Dieticians putting what food they want to on my tray because no Dietician is employed by Trinity Food Service

I was given beans & rice Breakfast, Lunch, Dinner as retaliation for 9 days straight

Claim #3 Continued (B)

I am being subject to substandard food as a deturent for other detainee's who may want my type of diet tray.

Lt Holt has told me "Quit teaching them" meaning how to get special diets and being a "Jail House Lawyer."

I have suffered hunger pains, weight loss, muscle deterioration, mental anguish & emotional trauma as a result of being retaliated against and denied proper nutrician for a vegaturian/vegan diet.

If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Using food As Retaliation
Serving Non-Nutricionally Adequate food
Allowing inmates to act as
Dieticians.

If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.

VII. Relief

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

X  Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

X  Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.

Remove "Blanket Ban" on Publications
Remove Marriage Restrictions
Remove Restriction on mail
Issue an injunction

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this 20 day of July 20 18.

Robert W. Avery
Printed Name of Plaintiff

Robert W. Avery
Signature of Plaintiff

-7-

Claim #4(A)

(a) Sheriff Holloway, Capt. Guyll & John & Jane Doe(s) have created Custom/Policy in which a "Blanket Ban" has been placed upon all Books, Magazines, Newspapers etc coming from any source

(b) Holloway, Guyll, John & Jane Doe(s) have infringed upon/impeded my right to marry by Custom/Policy forbidding the transport of detainee's to the Courthouse to obtain a marriage license, restricting marriage to those detainees who possess a marriage license prior to their arrest.

(c) Overcrowding @ the BCDC has created increased violence, theft, and risk of contagious disease because detainee's positive for diseases are not being separated nor is there any blood testing being being done in order to separate those infected by disease. Holloway, Guyll, John & Jane Doe(s) are deliberately indifferant to the obvious dangers posed by the overcrowding

Claim #4 Continued (B)

(c) 3 people are housed in a 2 person cell leaving less than 60 sq ft per person to live.

I have had commissary stolen and acts of physical violence against me.

The overcrowding has caused fights, thefts, excessive & painful noise that has negatively effected my ability & Depakote causing undue mental anguish & emotional trauma.

Claim 4(C)

(d) On June 29, 2018 an unknown Benton County Detention Center (BCDC) Deputy did willfully and wantonly damage & destroy personal property belonging to me [1 antique 1984 Zondervan Bible] This unknown deputy Ripped the spine out of this Bible to Remove a string book mark shaped as a cross. No Confiscation form or Disciplinary were Given for this act

Deliberate Indifferance was shown toward my personal property, I was denied due process before being denied personal property.

Since filing a Grievance About this Bible it has since been Taken by Lt Holt and placed into my Property further depriving me of my personal property and furthering the "Blanket Ban" Imposed

Claim #4 Continued (D)

(e) My U.S. Postal Mail has been suspended by Lt. Holt, Robin Green, and Sarah Rinehart, all of my communication abilities have been revoked for an alledged violation of a No-Contact Order. No mail is being allowed out of BCDC or into me. This complete issolation has caused mental issues & complications with my Ability & Depakote.

This complete restriction of all contact w/ the outside world violates my 1st Amendment Rights

No Disciplinary Action or charges have ever been filed as a result of the alledged rule violation.

Claim #5

Sheriff Holloway, Capt Guyll, Keefe Commissary John & Jane Doe(s) have violated my right to equal protection, my rights as a consumer as well as the protections afforded under A.C.A. 4-88-107 which prohibits any unconsionable act upon a consumer by a retailer.

The defendant's of this claim acting in civil conspiracy to violate my consumer rights as a means to generate profit and revenue for the BCDC, none of which has been returned unto the consumer/detainee

The defendant's have created customs and policies that have forced me to purchase items of clothing and hygene at inflated rates unconsionable to the morals of society, items are being sold at 300% price increase

Claim #5 Continued.

The Defendants of this claim have also knowingly subjected me to known risk of harm through the sale of "Magic Shave" which when mixed with "Hot" water becomes a weapon causing blindness, skin to peel off etc.

"Magic Shave" has been used as a weapon for years and is known to have dangerous uses.

The selling of this product violates my right to be free from known risk of harm causing paranoid delusions mental and emotional issues

## Claim #6 Continued,

I seek an injunction preventing a blanket ban or total ban upon my 1st Amendment Right to communicate with the outside world

I ask for a Declaratory Judgment as to my 1st Amendment Rights this to be served upon each party of Claim #5

If a restriction needs be placed upon my communication make it relevant under the Safley standard being the least intrusive, make the restriction for the person on the No Contact order only.

Not a Total Blanket Ban on my Communication or 1st Amendment Rights

[Return address, handwritten:]
330 SW. 14th St
Bentonville, AR, 72712

[Postmark:]
RECEIVED
WD/AR
JUL 13 2018
U.S. CLERK'S OFFICE

[Addressee, handwritten:]
U.S. District Court
Clerks office
35 E. Mountain Rm 510
Fayetteville, AR, 72701

legal

[Postage:]
neopost
07/10/2018
US POSTAGE $00.89
FIRST-CLASS MAIL
ZIP 72712
041M11270733