

## Benton County Jail
## Medical Questionnaire

### Booking Information

| Name | AVERY, ROBERT WILLIAM | | | | | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|
| Date Booked | Status | Booking ID | ID Number | Height | Weight | Sex | Race | DOB | SSN | State ID # |
| 03/12/2018 | In Custody | 210451 | ▮▮▮ | 6'04" | 263 | M | W | ▮▮▮ | ▮▮▮ | ▮▮▮ |

### Medical Questionnaire Information

1. Any complaint of sore throat or other contagious infection? — **No**
2. Is he-she on a special diet, prescribed by a physician? — **No**
3. Is he-she presently taking medications? — **No**
4. Is he-she under a doctor's care? — **No**
5. Has he-she been hospitalized recently? If so, where and explain? — **No**
6. Does he-she have a history of VD or abnormal discharge? — **No**
7. Is inmate HIV+? — **No**
8. Is inmate allergic to any medications or foods? — **No**
9. Has inmate fainted of had a head injury recently? — **No**
10. Do you have a history of TB, Hepatitis, Epilepsy, or Diabetes? — **No**
11. Does inmate have a painful dental condition or false teeth? — **No**
12. Is inmate pregnant? — **No**
13. Is inmate on birth control pills? — **No**
14. Does inmate have any physical handicaps? — **No**
15. Does inmate have other medical conditions the jail should be aware of? — **No**
16. Does inmate have any other medical-dental insurance? — **No**
17. Have you ever been in the Military? If so, what years served? — **Yes**
    88-89 NATIONAL GUARD

Completed by: Kayla Hawkins       Date/Time: 03/12/2018 14:03

Reviewed by: _____       Date/Time: _____

*Soft Tray – Veggie?*
*Amoxil*
*IBU*

Ø133

**TURN KEY HEALTH**

## DENTAL - TOOTHACHE PROTOCOL

NAME: Avery, Robert   ID#/DOB: ▆▆▆▆   FACILITY: BCSO   DATE: 3/23/18

| | |
|---|---|
| **ALLERGIES:** | NKA |
| **SUBJECTIVE:** | "Dental Pain" |
| **INITIAL COMPLAINT:** | "Abscess" |

**Onset:** ☒ New  ☐ Constant  ☐ Intermittent

**Pain Scale:** (1-10)  6

**Associated symptoms:** ☐ Earache  ☐ Jaw Pain  ☐ Sinus  ☐ Sore throat

**Contributing factors to pain:** ☒ Eating  ☒ Drinking  ☒ Chewing  ☒ Hot  ☒ Cold

**OBJECTIVE:**

| BP 138/72 | P | R 16 | T 98.1 | Wt 270 |
|---|---|---|---|---|

**ASSESSMENT:**

Visual evidence of Tooth decay ☒ Yes ☐ No
Comments:

Redness surrounding affected tooth ☒ Yes ☐ No
Comments:

Swelling surrounding affected tooth ☒ Yes ☐ No
Comments:

Visual evidence of external swelling ☐ Yes ☒ No
Comments:

Pus surrounding affected tooth ☒ Yes ☐ No
Comments:

Evidence of trauma/ injury to jaw ☐ Yes ☒ No
Comments:

Tooth positive to percussion ☒ Yes ☐ No
Comments:

**Appearance:** ☐ No distress ☒ Mild distress ☐ Moderate distress ☐ Severe distress

**Notify Provider if:**

☒ Signs of infection (swollen gums and jaw, redness)
☐ Severe tooth pain not relieved by Ibuprofen or Acetaminophen.
☐ Accidents with painful/fractured teeth, bleeding, or if cannot close mouth
☐ Temperature greater than 100

**PLAN:** *Provider approval must be obtained prior to any prescription medication being given*

☒ Ibuprofen 200 mg 2 tablets PO BID x 7 days without Provider order

☐ Acetaminophen 325mg 2 tablets PO BID x 7 days without Provider order

☐ Topical Benzocaine to tooth BID x 7 days without Provider Order

**Patient Education:**

☐ Instructed on proper oral hygiene care, ☐ medication use, ☐ follow-up sick call if no improvement.
☐ Patient verbalizes understanding.

**Additional Orders:** Amoxi 500mg ± po BID x 10 days

**Additional Comments:**

Medical Staff Signature : _____ LPN   Date: 3/23/18   Time: AM

2-1-18

5-2

**SKIN - DO YOU CURRENTLY HAVE: RASHES – SORES – WOUNDS – JAUNDICE - SKIN CONDITIONS – BRUISES - TRAUMA MARKINGS - NEEDLE MARKINGS - RECENT TATTOOS? WHERE/CONCERNS?** _N/A_

**FEMALE HEALTH**
ARE YOU PREGNANT NOW? ☐ YES ☐ NO ☐ DON'T KNOW   LAST MENSTRAUL CYCLE _____
IF PREGNANT EDD? _____ # OF PREGNANCIES _____ # OF LIVE BIRTHS _____
PROBLEM IN PREGNANCIES? _____ HIGH RISK ☐ YES ☐ NO (TYPE OF DELIVERY) _____
OB/GYN NAME: _____ PHONE# _____
LAST VISIT DATE: _____ NEXT APPT SCHEDULE: _____

**MENTAL HEALTH**
HAVE YOU EVER HAD A MENTAL ILLNESS? ☒ YES ☐ NO
EXPLAIN _Depression , PTSD, Anxiety_
ARE YOU CURRENTLY SEEN BY MENTAL HEALTH PROFESSIONAL? ☒ YES ☐ NO
WHO? _ADC mental Health_
HAVE YOU EVER TAKEN ANY MENTAL HEALTH MEDS? ☒ YES ☐ NO
WHAT _Celexa_
ATTEMPTED SUICIDE? ☐ YES ☒ NO   EXPLAIN: _denies_
ANY CURRENT SUICIDAL THOUGHTS? ☐ YES ☒ NO   EXPLAIN: _denies_

**ARE YOU USING OR HAVE YOU EVER USED ANY OF THE FOLLOWING? DATE OF LAST USE?**
☐ TRANQUILIZERS _____
☐ OPIATES _____
☐ BARBITUATES _____
☐ LSD/HALLUCINOGENS/PCP _____
☐ MARIJUANA _____
☒ AMPHETAMINE/SPEED _3|12|2018_
☐ GLUE/SOLVENT/ INHALANT _____
☐ HEROIN _____
☐ CRACK / COCAINE _____
☐ ALCOHOL _____
☐ OTHER _____

**HAVE YOU EVER HAD OR ARE YOU CURRENTLY HAVING ANY WITHDRAWAL SYMPTOMS WHEN YOU STOPPED DRUGS OR ALCOHOL?** ☐ YES ☒ NO   EXPLAIN: _____

**OTHER COMMENTS OR PHYSICAL FINDINGS:** _Pt diet order turned in RT dental issue, added to dental call list._

**RECOMMENDED HOUSING BASED ON MEDICAL/MENTAL HEALTH EVALUATION:**
☐   TRANSPORT TO HOSPITAL
☒   RECOMMENDED GENERAL POPULATON
☐   SUICIDE PRECAUTIONS
☐   RECOMMENDED MEDICAL HOUSING / ISOLATION DUE TO: _____

**INSTRUCTED ON HOW TO ACCESSS MEDICAL/ MENTAL HEALTH CARE?** ☒ YES   ☐ NO

**MEDICAL EVALUATION PREFORMED BY:** _Perry LPN_

**MEDICAL EVALUATION DATE:** _3/23/2018_

**Keefe Offender Communication Center**

### Summary

| Offender: | Location: | Subject: | Topic: | |
|---|---|---|---|---|
| ROBERT AVERY | D153 | weight | Medical | Print |

| Assigned: | Flag: | Ref #: | Status: |
|---|---|---|---|
| | | 5240321 | Read |

### Messages

ROBERT AVERY (36077)
6/10/2018 1:02:41 PM

may i check my weight

Pain. 8/10   Bed rest x2day o.

97.3

99%

77

Wgt. 251   Seen 6/11/18

5-4



**TURN KEY HEALTH**

## DENTAL - TOOTHACHE PROTOCOL

NAME: Avery, Robert  ID#/DOB: ▓▓▓▓  FACILITY: BCSD  DATE: 4/16/18

| ALLERGIES: NKDA |
| --- |

**SUBJECTIVE:**

INITIAL COMPLAINT: tooth pain

| Onset: | ☐ New | ☑ Constant | ☐ Intermittent |
| --- | --- | --- | --- |

Pain Scale: (1-10)

| Associated symptoms: | ☐ Earache | ☑ Jaw Pain | ☐ Sinus | ☐ Sore throat |
| --- | --- | --- | --- | --- |
| Contributing factors to pain: | ☑ Eating | ☑ Drinking | ☐ Chewing | ☑ Hot | ☑ Cold |

**OBJECTIVE:**

| BP 138/96 | P 89 | R 18 | T 97.2 | Wt 216 |
| --- | --- | --- | --- | --- |

**ASSESSMENT:**

Visual evidence of Tooth decay ☐ Yes ☑ No
Comments:

Redness surrounding affected tooth ☑ Yes ☐ No
Comments:

Swelling surrounding affected tooth ☑ Yes ☐ No
Comments:

Visual evidence of external swelling ☐ Yes ☑ No
Comments:

Pus surrounding affected tooth ☑ Yes ☐ No
Comments:

Evidence of trauma/ injury to jaw ☐ Yes ☑ No
Comments:

Tooth positive to percussion ☐ Yes ☐ No
Comments:

Appearance: ☐ No distress ☑ Mild distress ☐ Moderate distress ☐ Severe distress

**Notify Provider if:**

☑ Signs of infection (swollen gums and jaw, redness)
☐ Severe tooth pain not relieved by Ibuprofen or Acetaminophen.
☐ Accidents with painful/fractured teeth, bleeding, or if cannot close mouth
☐ Temperature greater than 100

**PLAN:** *Provider approval must be obtained prior to any prescription medication being given*

☑ Ibuprofen 200 mg 2 tablets PO BID x 7 days without Provider order
☐ Acetaminophen 325mg 2 tablets PO BID x 7 days without Provider order
☑ Topical Benzocaine to tooth BID x 7 days without Provider Order

**Patient Education:**

☑ Instructed on proper oral hygiene care, ☑ medication use, ☑ follow-up sick call if no improvement.
☑ Patient verbalizes understanding.

Additional Orders: Ceflex 500mg 1 PO BID X 10 days

Additional Comments: Add to dental list

Medical Staff Signature: _J. Krieglaumum_   Date: 4/16/18   Time: 1200

YOUR TEETH

2-1-18

5-5

## Keefe Offender Communication Center

### Summary

| Offender: | Location: | Subject: | Topic: | |
|---|---|---|---|---|
| ROBERT AVERY | D153 | fran infante | Medical | Print |

| Assigned: | Flag: | Ref #: | Status: |
|---|---|---|---|
| | | 4843373 | Read |

### Messages

ROBERT AVERY (36077)
4/10/2018 10:48:58 AM

yes to the weight check

4/11/18   0850
wt. √ 263.2



Health Services
Policy & Procedures

| Date: 11-01-15 |
| Review: 7-25-16 |
| Revision: |

**TITLE: MEDICAL DIETS**          **NUMBER: J-25**
                                 **Page 1 of 1**

**Policy:**

1.  Therapeutic diets are special diets ordered for temporary or permanent health conditions.

2.  Therapeutic (medical) diets are provided that enhance patients' health, and are modified when necessary to meet specific requirements related to clinical conditions.

3.  Medical diets do not include special diets ordered for religious or security reasons.

**Procedure:**

1.  HCP will order therapeutic diets as appropriate for patients. Orders for medical diets include the type of diet, the duration for which it is to be provided, and special instructions, if any.

2.  Health care staff will send written notification to facility designee regarding diet requirements.

3.  A registered or licensed dietitian reviews medical diets for nutritional adequacy in accordance with facility policy.

4.  Vegetarian or Kosher diets are not considered therapeutic diets and will not be ordered by Health Services.

5.  Diet restrictions based on food allergies will be limited to eggs, nuts, and seafood; unless a significant reaction has been documented. Otherwise, the patient is to be instructed to avoid consuming the particular food if it appears in their meal, but no medical order for dietary restriction will be made.

5-1

# Special Diet Order Form

Inmate Name: _Avery, Robert_     ID#: _____     Location: _D153_

Start Date: _3/23/2018_     Stop Date: _until further notice_

### Please indicate diet order with an X next to the diet name. Direct completed form to the kitchen.

**Standard Special Diets**

_____ Consistent Carbohydrate (2000 KC Diabetic) **without snacks**

_____ Consistent Carbohydrate (2000 KC Diabetic) **with snacks**
        Circle desired snacks:   AM   PM   HS

_____ Low Sodium (3-5 gram Na+ per day)

_____ Low Fat/Low Cholesterol

**Non-Standard Special Diets**

_____ Lactose Restricted

_____ Bland

_____ High Fiber

_____ Pregnancy

_____ Diagnosed Food Allergy: _____
                                        *(Please provide medical record)*

✓ Other: _Soft Diet_
        *(Please identify desired diet from the list of available corrections diet orders)*

Physician and/or authorized healthcare provider signature: _____(LPN)_

Printed Name: _Jessie Prince_     Date: _3/23/2018_

Turnkey Staff Signature: _____(LPN)_     Date: _3/23/2018_

58

# 📖Medical Diet Order

**ROBERT WILLIAM AVERY**
**#210451**

| | | | |
|---|---|---|---|
| JMS ID: | 36077 | Location: | D153157 B |
| SSN: | | Interviewer: | Stephens, Shawna |
| DOB: | | | |
| Age: | 46 | | |

| Start Date: | | 06/25/2018 |
|---|---|---|
| All diets must have clinical indications. Only the following diets are available. Exceptions must be authorized by medical director. | | |
| Diet Order: | ☐ Clear Liquid<br>☐ Full Liquid / Broken Jaw<br>☐ Diabetic<br>☐ Diabetic Snack (evening)<br>☐ Cardiac<br>☐ Renal<br>☐ Mechanical Soft<br>☐ Pregnancy / OB<br>☐ Juvenile<br>☐ Other (Specify) | Vegan soft |
| Allergy to:<br>(Other allergy restrictions are not available.) | ☐ lactose<br>☐ shellfish<br>☐ nuts/peanuts<br>☐ Other (Specify) | |
| Non-medical vegetarian or Kosher are to be processed through chaplain's office. | | |
| Is the diet for a temporary specified time period? | ○ Yes<br>◉ No | |
| If a temporary order, when does it expire? | | |

5-9

6/26/2018          CorEMR - ROBERT WILLIAM AVERY #210451 :: Nursing Protocol - Musculoskeletal / Sprains, Interviewer: Stephens, Shawna (2018-06...

## 🖆Nursing Protocol - Musculoskeletal / Sprains

**JMS ID:**          36077    **Interviewer:**          Stephens, Shawna (06/11/2018 1122)

### ROBERT WILLIAM AVERY
### #210451

#### Subjective Data

| Allergies | NKMA |
|---|---|
| Initial Complaint | gout |
| Onset | ☐ New Onset<br>☑ **Recurrence**<br>☐ Activity at onset: (describe at right) |
| Location | |
| Type of pain | ☐ Achy<br>☐ Dull<br>☐ Sharp<br>☐ Pressure<br>☐ Throbbing<br>☐ Intermittment<br>☑ **Constant**<br>☐ Pain with weight bearing<br>☐ Pain without weight bearing<br>☐ Other (Specify) |
| Pain level on scale of 1-10 with 10 being the most pain | 8          ▼ |
| Associated Symptoms | ☐ Bruising<br>☑ Swelling<br>☐ Tender to touch<br>☐ Able to walk immediately after injury<br>☐ Able to walk when examined<br>☐ Numbness: (DESCRIBE AT RIGHT)<br>☐ Tingling: (DESCRIBE AT RIGHT) |

#### Objective Data

| | | | |
|---|---|---|---|
| | **Blood Pressure** | | sys | dia |
| | **Pulse** | 77 | beats per min |
| | **Respirations** | 18 | breaths per min |
| | **Temperature** | 97.3 | °F |
| | **Weight** | 251 | lbs |
| | **Height** | 6ft 4in ▼<br>30.5 | |
| | **SPO2** | 99.0 | % |
| Pulses (distal to injury) | ☑ **Present**<br>☐ Absent | | |
| Skin temp (distal to injury) | ☑ **Normal**<br>☐ Warm<br>☐ Cool | | |

5-10

6/26/2018      CorEMR - ROBERT WILLIAM AVERY #210451 :: Mental Health - Mental Health Professional Note, Interviewer: Shakir, Angela (2018-06-...

# 📖Mental Health - Mental Health Professional Note

| | | | | |
|---|---|---|---|---|
| | **JMS ID:** | 36077 | **Interviewer:** | Shakir, Angela (06/04/2018 1124) |
| | **Approval:** | ✔ Approved - 06/04/2018 1149 | | |

## ROBERT WILLIAM AVERY #210451

| | |
|---|---|
| Current Housing Status | ☑ **General Population** |
| | ☐ Segregation |
| | ☐ Special Housing/Observation |
| | ☐ Suicide Watch |
| | ☐ Infirmary |
| Reason For Mental Health Encounter | ☑ **Patient Request** |
| | ☐ Medical Staff Request |
| | ☐ Security Request |
| | ☐ Segregation Rounds |
| | ☐ Suicide Precaution |
| | ☐ Other (Specify) |

**SUBJECTIVE**

| | |
|---|---|
| Patient's Report of Current Functioning | NO MH concerns, requested information on medication he's prescribed. |

**OBJECTIVE**

| | |
|---|---|
| Current Medications | DIVALPROEX SODIUM 500MG DR TAB BID Male; Directions: 1 TAB [PO] By Mouth BID Male ; ARIPIPRAZOLE 5MG TAB BID Male; Directions: 1 TAB [PO] By Mouth BID Male ; |
| Appearance (check all that apply) | ☑ **Adequately Groomed** |
| | ☑ **Appropriately Attired** |
| | ☐ Disheveled |
| | ☐ Lacking Appropriate Hygiene |
| | ☐ Other (describe at right): |
| Behavior (check all that apply) | ☑ **Cooperative** |
| | ☑ **Calm** |
| | ☐ Psychomotor retardation |
| | ☐ Psychomotor agitation |
| | ☐ Hostile |
| | ☑ **Good eye contact** |
| | ☐ Intermittent eye contact |
| | ☐ Poor eye contact |
| | ☐ Tics/tremor |
| | ☐ Tearful |
| | ☐ Other (describe at right); |
| Alert | ☑ **Yes** |
| | ☐ No; if no, describe at right: |
| Orientation: Oriented to person, place, time and situation? | ☑ **Yes** |

S-11

| | |
|---|---|
| | ☐ No; if no, describe at right: |
| Mood | ☑ Euthymic/pleasent |
| | ☐ Dysphoric/sad |
| | ☐ Anxious |
| | ☐ Fearful |
| | ☐ Angry |
| | ☐ Irritable |
| | ☐ Apathetic |
| | ☐ Indifferent |
| | ☐ Labile/fluctuating |
| | ☐ Other (describe at right): |
| Affect | ☑ Appropriate |
| | ☐ Broad |
| | ☐ Constricted |
| | ☐ Blunted |
| | ☐ Flat |
| Affect congruent with thoughts and mood? | ☑ Yes |
| | ☐ No; if no, describe at right: |
| Perception | ☑ Denied hallucinations within past 90 days |
| | ☐ Reported hallucinations within past 90 days |
| If hallucinations, note the type (e.g. auditory, visual, tactile, gustatory, olfactory) and context of hallucinations | |
| If hallucinations, note the frequency: | |
| Number per day | |
| Number per Week | |
| Number per Month | |
| Duration | |
| Are hallucinations currently causing significant distress or impaired functioning? | ☐ Yes (explain at right): |
| | ☐ No (explain at right): |
| Speech | ☑ Appropriate |
| | ☐ Loud |
| | ☐ Rapid |
| | ☐ Pressured |
| | ☐ Over-Productive |
| | ☐ Soft |
| | ☐ Monotonous |
| Thought Processes/Content | ☑ Logical |
| | ☑ Coherent |
| | ☑ Goal-Directed |
| | ☐ Irrational |
| | ☐ Circumstantial |
| | ☐ Tangential |
| | ☐ Loose Associations |
| | ☐ Confused |
| | ☐ Obsessive |
| | ☐ Delusional |
| | ☐ Paranoid |
| If delusions are reported, describe type and content of delusions (i.e. | |

6/26/2018        CorEMR - ROBERT WILLIAM AVERY #210451 :: Mental Health - Mental Health Professional Note, Interviewer: Shakir, Angela (2018-06-...

| grandiose, paranoid, persecutory, etc.): | |
|---|---|
| Memory | ☑ Memory functions grossly intact |
| | ☐ Impairment with Immediate memory (describe at right): |
| | ☐ Impairment with Recent memory (describe at right): |
| | ☐ Impairment with Remote memory (describe at right): |
| Sleep - Reported average number of hours of sleep per day for past 72 hours | |
| Appetite - Reported average number of meals eaten per day for past 72 hours | |
| insight | ☐ Good |
| | ☑ Fair |
| | ☐ Poor |
| Judgment | ☐ Good |
| | ☑ Fair |
| | ☐ Poor |
| Suicidal/Homicidal Ideation - Reported thoughts/plans of self-injury/homicide: | ☐ Yes (describe ideation or intent at right): |
| | ☑ Denied |
| Explain any discrepancies between current symptoms reported by the patient and what is observed clinically | |

**ASSESSMENT**

| Psychotropic Medication | ☐ None reported |
|---|---|
| | ☐ Current prescription at time of arrest |
| | ☑ Medication prescribed historically |
| If medication prescribed historically | ☑ Compliant |
| | ☐ Non-Compliant |
| | ☐ Unknown |
| Participation | ☐ Refused |
| | ☑ Active engagement |
| | ☐ Moderate engagement |
| | ☐ Low engagement |
| Provisional DSM 5 Diagnosis | |
| Current symptom severity | ☑ Mild - No significant impact on inmate's ability to function satisfactorily in the current setting. |
| | ☐ Moderate - Minor impact on inmate's ability to function satisfactorily in the current setting. |
| | ☐ Severe - Marked impact on inmate's ability to function satisfactorily in the current setting. |
| Progress after mental health encounter | ☑ Improved adaptive functioning |
| | ☐ No Change |
| | ☐ Decline in adaptive functioning |
| Overall progress | ☑ Improved adaptive functioning |
| | ☐ No Change |
| | ☐ Decline in adaptive functioning |
| Additional Assessment Notes | |

**PLAN**

| Follow-up: | ☐ Urgent Psychiatrist Referral |
|---|---|
| | ☐ Routine Psychiatrist Referral |
| | ☐ Mental Health Follow-up 1 day |
| | ☐ Mental Health Follow-up 7 days |
| | ☐ Mental Health Follow-up 30 days |

5-13

6/26/2018        CorEMR - ROBERT WILLIAM AVERY #210451 :: Mental Health - Mental Health Professional Note, Interviewer: Shakir, Angela (2018-06-...

| | |
|---|---|
| | ☐ Mental Health Follow-up 90 days |
| | ☐ Urgent Medical Referral |
| | ☐ Routine Medical Referral |
| | ☑ **Patient instructed to submit request for follow-up as needed** |
| | ☐ PLACE ON SUICIDE PRECAUTION |
| | ☐ Notify Security of Precautions |
| | ☐ Other (Specify) |
| Patient communicates a willingness to notify security/medical personnel of any suicidal/homicidal ideation or intent. | ◉ Yes<br>○ No |

**Education**

| | |
|---|---|
| Patient educated on how to request follow-up services. | ◉ Yes<br>○ No |
| Additional Notes | |

6/26/2018                                 CorEMR - Reports :: MAR by Month | v5.4.0

## ROBERT WILLIAM AVERY

### #210451

**ADOC INMATE**

Sex: Male
DOB: [redacted]  Age 46
Height: 6ft 4in
Weight: 251 lbs
BMI: 30.5
SSN: [redacted]
Agency: Benton Co (ADC# 652373E)
Location: D153157 B
JMS ID: 36077
Allergies:
NKMA

Reports
MAR by Month

# MAR

| Styling | | Symbol | | Result |
|---|---|---|---|---|
| 1 | | ✓ | | Received |
| 1 | | ✗ | | Refused |
| 1 | | ʌ | | Absent |
| 1 | | ○ | | Not Given |
| ? | | ? | | Missing |
| | | | | Upcoming / Unsaved |
| ~ | | ~ | | Unscheduled |

| Initials | Name |
|---|---|
| NM | Malapha, Nadia |
| KS | Shelley, Katherine |
| FK | Kriegbaum, Francesca |
| JP | LPN Prince, Jessie |
| NB | Banaszak, Nicole |
| LB | LPN Bowman, Lorrie |
| CB | Barnett, Caitlin |
| SS | Stephens, Shawna |

## June 2018

| Medication | Clinician | Total % | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARIPIPRAZOLE5MG 1 TAB [PO] By Mouth BID Male Scheduled | Dr. Saez, Roberto | 100% | 0700 | ✓ NM 1 | ✓ FK 1 | ✓ FK 1 | ✓ JP 1 | ✓ JP 1 | ✓ FK 1 | ✓ LB 1 | ✓ NM 1 | ✓ JP 1 | ✓ JP 1 | ✓ FK 1 | ✓ FK 1 | ✓ JP 1 | ✓ JP 1 | ✓ NM 1 | ✓ FK 1 | ✓ FK 1 | ✓ JP 1 | ✓ JP 1 | ✓ FK 1 | ✓ FK 1 | ✓ JP 1 | ✓ JP 1 | ✓ JP 1 | ✓ FK 1 | ~ | ~ | ~ | ~ | ~ | 100% |
| | | | 1900 | ✓ KS 1 | ✓ KS 1 | ✓ KS 1 | ✓ KS 1 | ✓ NB 1 | ✓ KS 1 | ✓ KS 1 | ✓ KS 1 | ✓ KS 1 | ✓ KS 1 | ✓ LB 1 | ✓ NM 1 | ✓ CB 1 | ✓ KS 1 | ✓ KS 1 | ✓ KS 1 | ✓ KS 1 | ✓ LB 1 | ✓ SS 1 | ✓ CB 1 | ✓ KS 1 | ✓ KS 1 | ✓ KS 1 | ✓ KS 1 | ✓ KS 1 | ~ | ~ | ~ | ~ | ~ | 100% |
| DIVALPROEX SODIUM500MG DR 1 TAB [PO] By Mouth BID Male Scheduled | Dr. Thompson, Jeremy | 100% | 0700 | ~ | ~ | ✓ FK 1 | ✓ FK 1 | ✓ JP 1 | ✓ JP 1 | ✓ FK 1 | ✓ LB 1 | ✓ NM 1 | ✓ JP 1 | ✓ JP 1 | ✓ FK 1 | ✓ FK 1 | ✓ JP 1 | ✓ JP 1 | ✓ NM 1 | ✓ FK 1 | ✓ FK 1 | ✓ JP 1 | ✓ JP 1 | ✓ FK 1 | ✓ FK 1 | ✓ JP 1 | ✓ JP 1 | ✓ JP 1 | ✓ FK 1 | ~ | ~ | ~ | ~ | 100% |
| | | | 1900 | ~ | ~ | ✓ KS 1 | ✓ KS 1 | ✓ KS 1 | ✓ NB 1 | ✓ NB 1 | ✓ CB 1 | ✓ KS 1 | ✓ KS 1 | ✓ KS 1 | ✓ KS 1 | ✓ LB 1 | ✓ NM 1 | ✓ CB 1 | ✓ KS 1 | ✓ KS 1 | ✓ KS 1 | ✓ LB 1 | ✓ SS 1 | ✓ CB 1 | ✓ KS 1 | ✓ KS 1 | ✓ KS 1 | ~ | ~ | ~ | ~ | ~ | 100% |
| IBUPROFEN200MG 4 TAB [PO] By Mouth PRN Q 6 Scheduled | Dr. Saez, Roberto | 25% | 0000 - 0600 | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ? | ? | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | 0% |
| | | | 0200 - 0800 | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ✗ KS | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | 0% |
| | | | 0600 - 1200 | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ? | ✓ FK 1 | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | 33% |
| | | | 1200 - 1800 | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ? | ✓ FK 1 | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | 67% |

S-15

6/26/2018                                    CorEMR - Reports :: MAR by Month | v5.4.0

# MAR Entry

Given ByBarnett, Caitlin
Date Marked05/24/2018 1832
Doses Scheduled1
Doses Given0
Locked ByBarnett, Caitlin
Date Locked05/24/2018 1858
StatusNot Given
Notesmed not available
Close

## ROBERT WILLIAM AVERY

### #210451

**ADOC INMATE**

Sex: Male
DOB: (Age 46)
Height: 6ft 4in
Weight: 251 lbs
BMI: 30.5
SSN:
Agency: Benton Co (ADC# 652373E)
Location: D153157 B
JMS ID: 36077
Allergies:
NKMA

Reports
MAR by Month

## MAR

| Styling | Symbol | Result |
|---------|--------|--------|
| 1 | ✓ | Received |
| 1 | ✕ | Refused |
| 1 | ∧ | Absent |
| 1 | ○ | Not Given |
| ? | ? | Missing |
| | | Upcoming / Unsaved |
| ~ | ~ | Unscheduled |

| Initials | Name |
|----------|------|
| JP | LPN Prince, Jessie |
| KS | Shelley, Katherine |
| SS | Stephens, Shawna |
| FK | Kriegbaum, Francesca |
| CB | Barnett, Caitlin |
| NM | Malapha, Nadia |
| NB | Banaszak, Nicole |

## May 2018

| Medication | Clinician | Total % | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | % |
|------------|-----------|---------|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|---|
| ARIPIPRAZOLE5MG 1 TAB [PO] By Mouth BID Male Scheduled | Dr. Saez, Roberto | 41% | 0700 | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ∧ JP | ✓ SS 1 | ○ FK | ○ FK | ○ NM | ○ JP | ○ NB | ✓ FK 1 | ✓ FK 1 | ○ SS | ✓ JP 1 | 36% |
| | | | 1900 | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ✓ KS 1 | ✓ KS | ∧ KS | ○ CB | ∧ KS | ○ NM | ○ NB | ✓ NB 1 | ✓ NB 1 | ✓ KS 1 | ✓ SS 1 | 45% |

## Notes

6/26/2018          CorEMR - ROBERT WILLIAM AVERY #210451 :: Mental Health - Mental Health Professional Note, Interviewer: Shakir, Angela (2018-05-...

# ☐Mental Health - Mental Health Professional Note

| JMS ID: | 36077 | Interviewer: | Shakir, Angela (05/25/2018 1620) |
|---|---|---|---|
| Approval: | ✓Approved - 05/25/2018 1638 | | |

## ROBERT WILLIAM AVERY #210451

| Current Housing Status | ☑ **General Population** |
|---|---|
| | ☐ Segregation |
| | ☐ Special Housing/Observation |
| | ☐ Suicide Watch |
| | ☐ Infirmary |
| Reason For Mental Health Encounter | ☑ **Patient Request** |
| | ☐ Medical Staff Request |
| | ☐ Security Request |
| | ☐ Segregation Rounds |
| | ☐ Suicide Precaution |
| | ☐ Other (Specify) |

**SUBJECTIVE**

| Patient's Report of Current Functioning | reports continued use of mindfulness exercises. stated he has not received his psych medication. |
|---|---|

**OBJECTIVE**

| Current Medications | ARIPIPRAZOLE 5MG TAB BID Male; Directions: 1 TAB [PO] By Mouth BID Male ; |
|---|---|
| Appearance (check all that apply) | ☑ **Adequately Groomed** |
| | ☑ **Appropriately Attired** |
| | ☐ Disheveled |
| | ☐ Lacking Appropriate Hygiene |
| | ☐ Other (describe at right): |
| Behavior (check all that apply) | ☑ **Cooperative** |
| | ☑ **Calm** |
| | ☐ Psychomotor retardation |
| | ☐ Psychomotor agitation |
| | ☐ Hostile |
| | ☑ **Good eye contact** |
| | ☐ Intermittent eye contact |
| | ☐ Poor eye contact |
| | ☐ Tics/tremor |
| | ☐ Tearful |
| | ☐ Other (describe at right); |
| Alert | ☑ **Yes** |
| | ☐ No; if no, describe at right: |
| Orientation: Oriented to person, place, time and situation? | ☑ **Yes** |
| | ☐ No; if no, describe at right: |

5-17

6/26/2018       CorEMR - ROBERT WILLIAM AVERY #210451 :: Mental Health - Mental Health Professional Note, Interviewer: Shakir, Angela (2018-05-...

| | |
|---|---|
| Mood | ☑ **Euthymic/pleasant** |
| | ☐ Dysphoric/sad |
| | ☐ Anxious |
| | ☐ Fearful |
| | ☐ Angry |
| | ☐ Irritable |
| | ☐ Apathetic |
| | ☐ Indifferent |
| | ☐ Labile/fluctuating |
| | ☐ Other (describe at right): |
| Affect | ☐ Appropriate |
| | ☐ Broad |
| | ☐ Constricted |
| | ☐ Blunted |
| | ☐ Flat |
| Affect congruent with thoughts and mood? | ☐ Yes |
| | ☐ No; if no, describe at right: |
| Perception | ☐ Denied hallucinations within past 90 days |
| | ☐ Reported hallucinations within past 90 days |
| If hallucinations, note the type (e.g. auditory, visual, tactile, gustatory, olfactory) and context of hallucinations | |

**If hallucinations, note the frequency:**

| | |
|---|---|
| Number per day | |
| Number per Week | |
| Number per Month | |
| Duration | |
| Are hallucinations currently causing significant distress or impaired functioning? | ☐ Yes (explain at right): |
| | ☐ No (explain at right): |
| Speech | ☑ **Appropriate** |
| | ☐ Loud |
| | ☐ Rapid |
| | ☐ Pressured |
| | ☐ Over-Productive |
| | ☐ Soft |
| | ☐ Monotonous |
| Thought Processes/Content | ☑ **Logical** |
| | ☑ **Coherent** |
| | ☑ **Goal-Directed** |
| | ☐ Irrational |
| | ☐ Circumstantial |
| | ☐ Tangential |
| | ☐ Loose Associations |
| | ☐ Confused |
| | ☐ Obsessive |
| | ☐ Delusional |
| | ☐ Paranoid |
| If delusions are reported, describe type and content of delusions (i.e. grandiose, paranoid, persecutory, etc.): | |
| Memory | ☑ **Memory functions grossly intact** |

5-18

6/26/2018        CorEMR - ROBERT WILLIAM AVERY #210451 :: Mental Health - Mental Health Professional Note, Interviewer: Shakir, Angela (2018-05-...

| | |
|---|---|
| | ☐ Impairment with Immediate memory (describe at right): |
| | ☐ Impairment with Recent memory (describe at right): |
| | ☐ Impairment with Remote memory (describe at right): |
| Sleep - Reported average number of hours of sleep per day for past 72 hours | |
| Appetite - Reported average number of meals eaten per day for past 72 hours | |
| Insight | ☐ Good<br>☑ Fair<br>☐ Poor |
| Judgment | ☐ Good<br>☑ Fair<br>☐ Poor |
| Suicidal/Homicidal Ideation - Reported thoughts/plans of self-injury/homicide: | ☐ Yes (describe ideation or intent at right):<br>☑ Denied |
| Explain any discrepancies between current symptoms reported by the patient and what is observed clinically | |

**ASSESSMENT**

| | |
|---|---|
| Psychotropic Medication | ☐ None reported<br>☐ Current prescription at time of arrest<br>☑ **Medication prescribed historically** |
| If medication prescribed historically | ☑ **Compliant**<br>☐ Non-Compliant<br>☐ Unknown |
| Participation | ☐ Refused<br>☑ **Active engagement**<br>☐ Moderate engagement<br>☐ Low engagement |
| Provisional DSM 5 Diagnosis | |
| Current symptom severity | ☑ **Mild - No significant impact on inmate's ability to function satisfactorily in the current setting.**<br>☐ Moderate - Minor impact on inmate's ability to function satisfactorily in the current setting.<br>☐ Severe - Marked impact on inmate's ability to function satisfactorily in the current setting. |
| Progress after mental health encounter | ☑ **Improved adaptive functioning**<br>☐ No Change<br>☐ Decline in adaptive functioning |
| Overall progress | ☑ **Improved adaptive functioning**<br>☐ No Change<br>☐ Decline in adaptive functioning |
| Additional Assessment Notes | |

**PLAN**

| | |
|---|---|
| Follow-up: | ☐ Urgent Psychiatrist Referral<br>☑ **Routine Psychiatrist Referral**<br>☐ Mental Health Follow-up 1 day<br>☐ Mental Health Follow-up 7 days<br>☐ Mental Health Follow-up 30 days<br>☐ Mental Health Follow-up 90 days<br>☐ Urgent Medical Referral |

5-19

6/26/2018    CorEMR - ROBERT WILLIAM AVERY #210451 :: Mental Health - Mental Health Professional Note, Interviewer: Shakir, Angela (2018-05-...

|  |  |
|---|---|
|  | ☐ Routine Medical Referral |
|  | ☑ **Patient instructed to submit request for follow-up as needed** |
|  | ☐ PLACE ON SUICIDE PRECAUTION |
|  | ☐ Notify Security of Precautions |
|  | ☐ Other (Specify) |
| Patient communicates a willingness to notify security/medical personnel of any suicidal/homicidal ideation or intent. | ◉ Yes<br>○ No |

**Education**

|  |  |
|---|---|
| Patient educated on how to request follow-up services. | ◉ Yes<br>○ No |
| Additional Notes | therapist followed up with medical, nurse stated Abilify should be in today from pharmacy. requested to follow up with psych doctor on Tuesday. |

S-20